# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFREDO RADES-SUAREZ, | : | |
| Petitioner | : | |
| | : | No. 1:19-cv-1946 |
| v. | : | |
| | : | (Judge Kane) |
| WARDEN CLAIR DOLL, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 22nd day of January 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED WITHOUT PREJUDICE** to Petitioner's right to file another petition should his detention become arbitrary or unreasonable; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
